UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MASSY, LLC,

                Plaintiff,

- against -

NORTHFIELD INSURANCE COMPANY,

                Defendant.

Docket No.: 25 CV 17075

**NOTICE OF REMOVAL**

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Northfield Insurance Company ("Northfield") hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of New Jersey from the Superior Court of the State of New Jersey, Passaic County, where the action is now pending under Docket No. 2527-25, and states:

      1.      On or about August 1, 2025, Plaintiff Massy, LLC ("Plaintiff") commenced this action in the Superior Court of the State of New Jersey, Passaic County by filing a summons and complaint (the "Complaint"), and the action is now pending in that court.

      2.      Upon information and belief, on October 8, 2025, Plaintiff caused the Complaint to be served on Northfield via its corporate agent for service of process.

      3.      This action is a civil action to recover for alleged damages under an insurance policy and the United States District Court for the District of New Jersey has jurisdiction by reason of the parties' diversity of citizenship.

      4.      As per the attached email from Plaintiff's counsel, Plaintiff is a New Jersey limited liability company with one member, Massy Salih, an individual who is domiciled in the State of New Jersey.

1

5. Defendant Northfield is a foreign corporation organized, formed and incorporated under the laws of the State of Iowa with its principal place of business located in the State of Connecticut, County of Hartford.

6. The Complaint seeks damages in excess of $75,000 exclusive of interest and costs.

7. No change of citizenship of the parties has occurred since the commencement of the action.

8. Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

9. A copy of all process and pleadings sent to Northfield is attached hereto as Exhibit "A" and filed with this notice.

10. This Notice of Removal is being filed within thirty (30) days after the Complaint was served on Northfield's agent and Northfield was advised of Plaintiff's domiciliary information and is timely pursuant to 28 U.S.C. § 1446(b).

11. Promptly after the filing of this Notice of Removal, Northfield will give written notice thereof to Plaintiff's attorneys of record and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of New Jersey, Passaic County, thereby effecting removal of the Action pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, since all of the prerequisites for diversity jurisdiction are present, Northfield respectfully requests that this action proceed in the United States District Court for the District of New Jersey.

Dated: New York, New York
October 31, 2025

                      LAZARE POTTER GLAZER & MOYLE LLP

By: _____
     Yale Glazer
747 Third Avenue, 16th Floor
New York, New York 10017
(212) 758-9300
Attorneys for Defendant Northfield Insurance Company