SUMMONS

Attorney(s) Alfred V. Acquaviva, Esq.

Office Address 1114 Goffle Road, Suite 203

Town, State, Zip Code Hawthorne, New Jersey 07506

Telephone Number (973) 423-4472

Attorney(s) for Plaintiff Massy, LLC

## Superior Court of New Jersey

Passaic          County

Law          Division

Docket No: 2527-25

---

Massy, LLC

          Plaintiff(s)

vs.

---

Northfield Insurance Company

          Defendant(s)

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

_____
Clerk of the Superior Court

DATED: 08/21/2025

Name of Defendant to Be Served: SEE ATTACHED ADDENDUM

Address of Defendant to Be Served: 1 Tower Square, Hartford, Connecticut 06103

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

## ADDENDUM

Any authorized representative, agent, owner, manager, and/or employee of Northfield Insurance Company.

ALFRED V. ACQUAVIVA, ESQ. (#017441991)
ACQUAVIVA LAW OFFICES, LLC
1114 GOFFLE ROAD, SUITE 203
HAWTHORNE, NEW JERSEY 07506
(973) 423-4472
ATTORNEY FOR PLAINTIFF, MASSY, LLC

| | |
|---|---|
| MASSY, LLC, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY |
| Plaintiff<br>v. | DOCKET NO.:<br>CIVIL ACTION |
| NORTHFIELD INSURANCE COMPANY, | |
| Defendants. | COMPLAINT AND JURY DEMAND<br>(DECLARATORY JUDGMENT) |

Plaintiff, Massy, LLC, located at 65 Dixie Avenue, in the Borough of Hawthorne, County of Passaic and State of New Jersey, by and through its attorney, by way of complaint and jury demand, states:

1. Plaintiff is a limited liability company organized and existing under the laws of the state of New Jersey.

2. Plaintiff was and continues to be the owner and operator of a commercial property located at 305-317 Railway Avenue, Paterson, New Jersey.

3. On or about October 2, 2022, plaintiff sustained substantial damage as a result of water leakage in the roof which cause multiple additional damages to the interior and exterior of the building (hereinafter referred to as "the incident").

4. At the time of the incident, defendant, Northfield Insurance Company was the insurance carrier for plaintiff under policy number WS507708.

5. As a result of said incident, plaintiff has incurred substantial losses in excess of $200,000.00 including, but not limited to the damage to the roof, exterior walls, interior walls, and floors of its property as well as damage and destruction of its business property located inside the building.

6. Upon information and belief, the policy limits for the liability coverage and/or coverage provided in said policy are adequate to compensate the plaintiff in whole, or in part, for the damages sustained as a result of the said incident.

7. The defendant issued a check in the amount of $45,807.47 to plaintiff purportedly to compensate plaintiff for damage to the plaintiff's property as per the insurance policy.

8. Plaintiff's damages far exceed the allowed amount of the claim.

9. Defendant has denied additional coverage for the plaintiff and/or for the plaintiff's benefit under said policies of insurance for this incident which are adequate and necessary to compensate plaintiff for its damages and for which it received coverage under the said policy.

10. A justiciable controversy exists between the parties to this matter concerning the rights and/or coverage that may exist and/or should apply in this matter for which plaintiff may seek as compensation for the damages sustained under the subject policies. By reason of the foregoing, a Declaratory Judgment is both necessary and proper in order to set forth and determine the rights, obligations and liabilities that exist between the parties in connection with the aforementioned policies.

WHEREFORE, Plaintiff, Massy, LLC demands judgment against the defendants as follows:

(a) Declaring the rights, obligations, applicable policy limits and/or coverage, and liabilities of the defendants and/or any one of them, arising under the policy coverage/provisions of the aforementioned policy of insurance;

(b) Awarding plaintiff costs and reasonable attorney's fees incurred; and

(c) Awarding such other relief as this Court deems equitable and just.

## JURY DEMAND

Plaintiff demands trial by jury on all issues.

## DESIGNATION OF TRIAL COUNSEL

Alfred V. Acquaviva, Esq. is designated as trial counsel in this matter.

## DEMAND FOR INTERROGATORIES

Plaintiff demands of all defendants certified answers to form interrogatories pursuant to the Rules of the Court.

## DEMAND FOR INSURANCE INFORMATION

Plaintiff demands of all defendants, appropriate insurance information pursuant to R. 4:10-2(b).

## CERTIFICATION

I certify that the matters in controversy in this action are not the subject of any other action pending in any other court or of a pending arbitration proceeding, and that no other action or arbitration proceeding is contemplated. I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance to Rule 1:38-7(b).

Acquaviva Law Offices, LLC

Dated:

by:    Alfred V. Acquaviva, Esq.

# Civil Case Information Statement

## Case Details: PASSAIC | Civil Part Docket#

**Case Caption:**

**Case Initiation Date:** 08/01/2025

**Attorney Name:** ALFRED V ACQUAVIVA

**Firm Name:** ALFRED V ACQUAVIVA LLC

**Address:** 1114 GOFFLE RD STE 203

HAWTHORNE NJ 07506

**Phone:** 9734234472

**Name of Party:** PLAINTIFF : Massy, LLC

**Name of Defendant's Primary Insurance Company**
**(if known):** Unknown

**Case Type:** TORT-OTHER

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Massy, LLC?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/01/2025
Dated

/s/ ALFRED V ACQUAVIVA
Signed

**Yale Glazer**

| | |
|---|---|
| **From:** | Alfred Acquaviva, ESQ <aacquaviva@avalawyers.com> |
| **Sent:** | Friday, October 17, 2025 10:58 AM |
| **To:** | Yale Glazer |
| **Subject:** | Re: Massy v. Northfield PAS L 2527 -25 |

**[WARNING]** This email is from an **EXTERNAL** sender. **Do not click** on links or attachments unless you expect them from the sender and know the content is safe.

Good Morning:  The address for Massy, LLC is 69 Dixie Avenue, Hawthorne, New Jersey 07506. The sole member is Massy Salih.  The LLC was filed in New Jersey and Mr. Salih is domiciled in New Jersey as well.  If you have any questions, please contact me.

Sincerely,

*Alfred V. Acquaviva, Esq.*

**Alfred V. Acquaviva, Esq.**
*Attorney ID No.: 017441991*
*Acquaviva Law Offices, LLC*
*1114 Goffle Road, Suite 203*
*Hawthorne, New Jersey 07506*
*Tel (973) 423-4472*
*aacquaviva@avalawyers.com*

# ACQUAVIVA LAW OFF

**Follow us on Facebook at www.facebook.com/avalawyers/**
**Follow us on Instagram at Instagram**

## ***IMPORTANT NOTICE***

**EMAIL ADDRESSED TO THIS ACCOUNT IS NOT RECEIVED OR REVIEWED IN "REAL TIME" AND MUST NOT BE RELIED UPON FOR URGENT OR TIME SENSITIVE MESSAGES.**

This e-mail, plus any attachment, is intended only for the exclusive use of the person to whom it is addressed. The information contained herein is confidential, privileged and exempt from disclosure under applicable law. If the reader of this email is neither the intended recipient, nor an agent responsible for delivering the message to the intended recipient, be advised that any use, copying, dissemination, or distribution hereof is strictly prohibited. If this communication was received in error, please immediately notify the sender by telephone or e-mail and delete all copies of this e-mail and any attachments.

**From:** Yale Glazer <yglazer@lpgmlaw.com>
**Sent:** Monday, October 13, 2025 12:10 PM

**To:** Alfred Acquaviva, ESQ <aacquaviva@avalawyers.com>
**Subject:** RE: Massy v. Northfield PAS L 2527 -25

Mr. Acquaviva:

Following up on below email.

Please advise.
Thanks,
Yale Glazer



**Yale Glazer**
**Partner**
**Lazare Potter Glazer & Moyle LLP**
747 Third Avenue, 16th Floor
New York, New York  10017
Direct: (212) 784-3291; Mobile: (201) 247-7913

---

**From:** Yale Glazer
**Sent:** Thursday, October 9, 2025 2:27 PM
**To:** 'AACQUAVIVA@AVALAWYERS.COM' <AACQUAVIVA@AVALAWYERS.COM>
**Subject:** Massy v. Northfield PAS L 2527 -25

Mr. Acquaviva:

This firm has been retained to represent Northfield Insurance Company in the above matter.  To avoid unnecessary discovery and motion practice in New Jersey State Court, please provide in writing the identify of each member of Massy, LLC.  If an individual(s), please provide his/her/their name(s) and state of domicile.  If a legal entity, please provide principal place of business and state of incorporation.

Should you have any questions, please let me know.
Thanks,
Yale Glazer



**Yale Glazer**
**Partner**
**Lazare Potter Glazer & Moyle LLP**
747 Third Avenue, 16th Floor
New York, New York  10017
Direct: (212) 784-3291; Mobile: (201) 247-7913

2