UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MASSY, LLC,

                Plaintiff,

- against -

NORTHFIELD INSURANCE COMPANY,

                Defendant.

Docket No.: 25 CV 17075

**ANSWER**

Defendant Northfield Insurance Company ("Northfield"), with its principal place of business at One Tower Square, Hartford, Connecticut, 06183, by way of its answer to Plaintiff Massy, LLC's ("Plaintiff") Complaint (the "Complaint"), by its attorneys Lazare Potter Glazer & Moyle LLP, says:

1. Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2 and 3 of the Complaint.

2. Denies the allegations contained in paragraph 4 and 6 of the Complaint, but admits that Northfield issued a policy (no. WS507708) to Plaintiff effective March 10, 2022 to March 10, 2023 (the "Policy"), respectfully refers the Court to the Policy for its full terms, conditions, insureds, exclusions, limitations, forms, limits, endorsements, payment of premiums and any effect thereof, and denies all remaining allegations.

3. Denies the allegations contained in paragraphs 5, 8 and 10 of the Complaint.

4. Denies the allegations contained in paragraph 7 of the Complaint, except admits that Northfield has issued checks to Plaintiff, respectfully refers the Court to said checks for their true content and amounts, and denies all remaining allegations.

5.      Denies the allegations contained in paragraph 9 of the Complaint, except admits that Northfield has denied that it owes Plaintiff any further sums for the loss, respectfully refers the Court to said letters for their full and true meaning and content, and denies all remaining allegations.

## AS AND FOR A FIRST DEFENSE

6.      Plaintiff has failed to state any claim or cause of action for which relief can be granted.

## AS AND FOR A SECOND DEFENSE

7.      Plaintiff's claims are barred, upon information and belief, by unclean hands, laches, waiver, estoppel and/or statute of limitations.

## AS AND FOR A THIRD DEFENSE

8.      Plaintiff's claims should be dismissed based on defenses founded upon documentary evidence.

## AS AND FOR A FOURTH DEFENSE

9.      Upon information and belief, Plaintiff failed to mitigate its alleged damages.

## AS AND FOR A FIFTH DEFENSE

10.      The Policy, as amended, provides in pertinent part as follows:

*A. Covered Causes Of Loss*
*When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.*

*B. Exclusions …*
*1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss….*

*h. "Fungus", Wet Rot, Dry Rot And Bacteria*

*Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot, or bacteria . . .*

*2. We will not pay for loss or damage caused by or resulting from any of the following:…*

*d. (1) Wear and tear;*
*(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;…*
*(4) Settling, cracking, shrinking or expansion; …*

*f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more. ..*

*3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. …*

*c. Faulty, inadequate or defective:*

*(1) Planning, zoning, development, surveying, siting;*
*(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;*
*(3) Materials used in repair, construction, renovation or remodeling; or*
*(4) Maintenance;*
*of part or all of any property on or off the described premises. …*

*We will not pay for:*
*(1) Any cost of:*
*(a) Correcting or making good the fault, inadequacy or defect itself; or*
*(b) Tearing down, tearing out, repairing or replacing any part of any property to correct the fault, inadequacy or defect.*
*(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.*

***C. Limitations***
*The following limitations apply to all policy forms and endorsements unless otherwise stated.*

*1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay or any loss that is a consequence of loss or damage as described or limited in this section. …*

*c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:*

*(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or*

*(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure. …*

11. Because and to the extent the above exclusions and/or limitations apply, Plaintiff is not entitled to additional coverage under the Policy.

### AS AND FOR A SIXTH DEFENSE

12. The Policy does not include coverage for Business Personal Property at the premises identified as Premises No. 1, Building No. 1. Thus, Plaintiff's claims for the storing or moving of contents from or within that premises are not covered under the Policy.

### AS AND FOR A SEVENTH DEFENSE

13. The Policy, as amended, provides in pertinent part as follows:

*SECTION I - CONDITIONS*

*2. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:*

*a. Prompt notice must be given to us…*
*b. PROTECT THE PROPERTY FROM FUTHER DAMAGE, MAKE REASONABLE AND NECESSARY REPAIRS REQUIRED TO PROTECT THE PROPERTY, AND KEEP AN ACCURATE RECORD OF REPAIR EXPENDITURES;*

14. If and to the extent it is determined that Plaintiff violated these conditions, there would be no coverage available under the Policy for the claimed loss.

### AS AND FOR AN EIGHTH DEFENSE

15. Any further obligation owed to Plaintiff under the Policy would be subject to and limited by the stated limits, deductibles, retained limits, self-insured retentions and retentions.

### AS AND FOR A NINTH DEFENSE

16. Plaintiff's action should be dismissed to the extent it failed to fully comply with all the terms of the Policy.

## AS AND FOR A TENTH DEFENSE

17. If at the time of trial, any issues herein have finally been determined against Plaintiff by a tribunal, forum or court, all of competent jurisdiction, then, in that event, said party will be estopped from relitigating said issues under principles of res judicata, collateral estoppel, law of the case or otherwise

## AS AND FOR AN ELEVENTH DEFENSE

18. Plaintiff's claims are barred in whole or in part by the terms, provisions, conditions, limitations and exclusions contained in the Policy.

## AS AND FOR A TWELFTH DEFENSE

19. Even if Northfield owed additional coverage, which it denies, any said coverage would be limited to Plaintiff's own insurable interest, and/or would be otherwise limited by law and Policy provisions pertaining to the requirement of an insurable interest.

## AS AND FOR A THIRTEENTH DEFENSE

20. The Policy, under its language and applicable law/public policy, does not and cannot cover any pre-existing loss or damage.

## AS AND FOR A FOURTEENTH DEFENSE

21. Under any circumstances, Plaintiff is not entitled to payment beyond that permitted by the terms, conditions and procedures set forth in any of the Policy's "Loss Payment," "Loss Settlement" or any similar provisions.

## AS AND FOR A FIFTEENTH DEFENSE

22. The Complaint should be dismissed to the extent it concerns or relates to any alleged circumstances, accidents, losses, occurrences or damages that took place outside of the policy period of the Policy. Nor does the Policy, under its language and applicable law/public policy, cover any

damage or loss that existed prior to the inception of the Policy and/or that was (or should have been) known to the insured prior to the inception of the Policy.

## AS AND FOR A SIXTEENTH DEFENSE

23. The Endorsement – Vacancy Restriction and Fungus Exclusion Changes provides that the Additional Coverage – Limited Coverage for "Fungus," Wet Rot, Dry Rot and Bacteria is deleted and, accordingly, there is no coverage under the Policy for same.

## AS AND FOR A SEVENTEENTH DEFENSE

24. Northfield reserves the right to assert additional defenses (contract based or otherwise) upon receipt and review of all documents and other materials or information relevant to this matter.

WHEREFORE, Northfield demands judgment as follows:

    a.    dismissing the Complaint in its entirety;

    b.    awarding Northfield its expenses and costs; and

    c.    awarding Northfield such other and further relief as the Court otherwise deems just and proper.

Dated: New York, New York  
       October 31, 2025

                      LAZARE POTTER GLAZER & MOYLE LLP

                      By:   s/Yale Glazer  
                           Yale Glazer  
                      747 Third Avenue, 16th Floor  
                      New York, New York 10017  
                      (212) 758-9300  
                      Attorneys for Defendant Northfield Insurance Company

TO:    ACQUAVIA LAW OFFICES, LLC
        Alfred V. Acquaviva, Esq.
        1114 Goffle Road, Suite 203
        Hawthorne, New Jersey 07506
        (973) 423-4472
        Attorneys for Plaintfff